UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SEVERINA CRISTINA RIVERA,

Plaintiff,

v. Case No: 6:17-cv-283-Orl-22TBS

ORLANDO FIELD OFFICE DIRECTOR FOR U.S. CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"), DISTRICT DIRECTOR, DISTRICT 10 (FLORIDA), ACTING DEPUTY DIRECTOR U.S. CITIZENSHIP AND IMMIGRATION SERVICES, ACTING DIRECTOR U.S. CITIZENSHIP AND IMMIGRATION SERVICES and SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY (DHS),

Defendants.

---

## ORDER

Defendants' Unopposed Motion for an Extension of Time to File Responsive Pleading (Doc. 8), is **GRANTED**. Defendants have through July 3, 2017 to respond to Plaintiff's complaint.

**DONE** and **ORDERED** in Orlando, Florida on May 3, 2017.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record